## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Salvatore Arcidiacono, et al.,

Plaintiffs,

v.

Elizabeth M. Whitehorn, as Director of the Illinois
Department of Healthcare and Family Services, et
al.,

Defendants.

Case No.  24-cv-00412
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒    in favor of defendants Elizabeth M. Whitehorn and Dulce Quintero,
and against plaintiffs Salvatore Arcidiacono, William Brown, William Sarchet, and Susan
Miller.
Defendants shall recover costs from plaintiffs.

---

☐    other:

---

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date:  10/11/2024                    Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk